IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARACELI TELLEZ,

    Plaintiff,

vs.                                           Civ. No. 16-141 KG/KK

BIMBO BAKERIES,

    Defendants.

## ORDER OF DISMISSAL

Having granted Defendant Bimbo Bakeries USA, Inc.'s Motion and Memorandum in Support of Summary Judgment (Doc. 42) by entering a Memorandum Opinion and Order contemporaneously with this Order of Dismissal,

IT IS ORDERED that

1. Plaintiff's remaining claims of sex discrimination, FMLA interference and FMLA retaliation are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE